**FILED**
OCT 17 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**
OCT 11 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ronald Harris,

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**05C 5844**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

**JUDGE JOHN W DARRAH**

Cook County Jail
Micheal Sagahan (sheriff)
Superintendent Div 8 (Cook County Jail)
Supervising Law Librarian Div 8 Cook County Jail)
Ivory Avery "Law Librarian" Div 8
Ms. Lake "Law Librarian" Div 8
Ms. Brown "Law Librarian" Div 8
Ms. Jones "Law Librarian" Div 8
V. Alexander - Prog. Serv. Admin Ass Div 8
Captain Jennings Star # 113
Ass. Superintendent L. Hooper

**MAGISTRATE JUDGE DENLO**

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I. **Plaintiff(s):**

A. Name: Ronald Harris

B. List all aliases: Ronald Dixon Harris

C. Prisoner identification number: # 2001-0070677

D. Place of present confinement: Cook County Dept of Correctia

E. Address: P.O. Box 089002, Chicago, Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Micheal Sheahan (Sherriff Cook County)

Title: Sherriff

Place of Employment: Cook County Jail

B. Defendant: Superintendent Div 8 / Name Unknown

Title: Superintendent

Place of Employment: Cook County Jail (Div 8)

C. Defendant: Ivory Avery

Title: "Law Librarian"

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. DEFENDANT(S) CONTINUED

D. DEFENDANT: MS. JONES
TITLE: LAW LIBRARIAN
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

E. DEFENDANT: V. ALEXANDER
TITLE: PROGRAM SERVICES ASSISTANT ADMINISTRATO
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

F. DEFENDANT: MS. LAKE
TITLE: LAW LIBRARIAN
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

G. DEFENDANT: MS. BROWN
TITLE: LAW LIBRARIAN
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

H. DEFENDANT: JENNINGS
TITLE: CAPTAIN (STAR # 113)
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

I. DEFENDANT: L. HOOPER
TITLE: ASS. SUPERINTENDENT
PLACE OF EMPLOYMENT: COOK COUNTY JAIL

END

2B

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is **YES**:

1. What steps did you take?

FILED GRIEVANCE, ATTEMPTED TO SPEAK WITH LAW LIBRARIAN (FIRST)

2. What was the result?

3. If the grievance was not resolved to your satisfaction, did you appeal?
DID APPEAL
What was the result (if there was no procedure for appeal, so state.)

GRIEVANCE APPEAL BOARD DENIED APPEAL

D. If your answer is **NO**, explain why not:

N/A

Revised 9/01

3

E.  Is the grievance procedure now completed?   YES (✓)   NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities?   YES ( )   NO ( )     N/A

G.  If your answer is **YES**:

   1. What steps did you take?

   2. What was the result?

H.  If your answer is **NO**, explain why not:

Revised 1/01

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: RONALD HARRIS -V- E. BELL ET AL CASE 2002 C 4690

B. Approximate date of filing lawsuit: 7-1-02 (7-1-02)

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: RONALD HARRIS,

D. List all defendants: BELL # 20318, BESTEDA # 20596, GHOSTEIN # 20527, LEWIS # 1700, KUZUPSLI # 20968, CARROLL # 21000, WHEAT # 2346, STARKS # 2226, ALEXANDER # 2400,

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. DISTRICT COURT NORTHERN DISTRICT ILLINOIS,

F. Name of judge to whom case was assigned: JUDGE ALESIA

G. Basic claim made: NO PROBABLE CAUSE, BRUTALITY ETC, JUDICIAL DETERMINATION OF PROBABLE CAUSE WITHIN 48

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): STILL PENDING.

H. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

A. RONALD HARRIS, v MICHEAL E, SHEAHAN CASE :# 052606

B.     04

C. RONALD HARRIS.

D. MICHEAL E. SHEAHAN.

E. U.S. DISTRICT COURT NORTHERN DISTRICT ILLINOIS.

F.     ?

G. Judicial DETERMINATION OF PROBABLE CAUSE. WITHIN 48 HOURS,

H. DISMISSED.

5-A

V.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLAINTIFF IS A PRETRIAL DETAINEE HOUSED AT COOK COUNTY JAIL, DIVISION 9, 61. UPON BEING DETAINED AT COOK COUNTY JAIL (SEPTEMBER 1, 2001) PLAINTIFF HAS/HAVE CONTINUED TO FOLLOW PROCEDURE TO GAIN ACCESS TO LAW LIBRARY, PROCEDURE IS THAT DETAINEE FILLS OUT A "REQUEST SLIP" AND AFTER REQUEST IS REVIEWED BY LAW LIBRARIAN DETAINEE IS PLACED ON LAW LIBRARY LIST. PLAINTIFF HAS FOLLOWED THIS PROCEDURE FILING REQUEST SLIPS, ASKING FOR ACCESS TO LAW LIBRARY ON A DAILY BASIS, — AT TIMES MAKING THE REQUEST 7 DAYS A WEEK; HOWEVER, PLAINTIFF CONTENDS THAT FROM THE PERIOD OF SEPTEMBER 1, 2001 TO PRESENT, PLAINTIFF WAS/HAVE BEEN GIVEN ACCESS TO LAW LIBRARY AN AVERAGE OF 30 MINUTES GIVE OR TAKE PER WEEK; PLAINTIFF HAS BEEN AFFORDED NO TIME TO RESEARCH ISSUES ON HIS CASE(S), NOT LIMITED TO PLAINTIFF BEING INDIGENT, AND IS TOLD THAT HE HAS TO PAY FOR ANY COPIES

AFTER 30 PAGES. PLAINTIFF CANNOT ASSIST IN HIS DEFENSE AND/OR PROCEED PRO SE. PLAINTIFF FILED A LAW SUIT AGAINST THE COOK COUNTY JAIL, THE SUIT WAS DISMISSED, PLAINTIFF APPEALED, THE APPEAL WAS DISMISSED BECAUSE PLAINTIFF WAS UNABLE TO FILE A DOCKET STATEMENT, BECAUSE OF LACK OF TIME (ADAQUATE MEANINGFUL ACCESS TO LAW LIBRARY) AND THE BOOKS IN THE LAW LIBRARY ONLY GOES TO DATE OF 1998. INDIGENT PLAINTIFF HAVE TO WAIT WEEK IN ORDER TO GET STAMP/OR POSTAGE TO GET LEGAL MAIL SENT OUT, THROUGH THE LAW LIBRARY. AT ONE TIME, PLAINTIFF ASKED THE LAW LIBRARIAN FOR HIS STAMP OF NOTARY ON A MOTION TO BE THAT WAS FILED. PLAINTIFF WAS TOLD BY THIS LIBRARIAN THAT HIS NOTARY HAD EXPIRED. PLAINTIFF HAS/HAVE FILED GRIEVANCES COMPLAINING THAT HE IS BEING DENIED ADAQUATE MEANINGFUL ACCESS TO LAW LIBRARY, UNTIL THIS DATE PLAINTIFF HAVE NOT RECEIVED A REPLY (SEPT 28, 2001)(APPROXIMALEY MARCH 5, 2002) (FEB 2, 2003)(5 IN 2004)(3 IN 2005)

NO REPLY

PLAINTIFF FURTHER CONTENDS THAT THIS DENIAL OF MEANINGFUL ACCESS TO LAW LIBRARY DENIES PLAINTIFF AND OTHERS SIMILARLY SITUATED ACCESS TO THE COURTS. PLAINTIFF HAS LABORED UNDER DENIAL OF ADAQUATE MEANINGFUL ACCESS TO LAW LIBRARY IN THAT PLAINTIFF HAS BEEN DENIED THE OPPORTUNITY TO RESEARCH ISSUES PERTAINING PRESENT CHARGES AGAINST HIM, NOT LIMITED TO NOT BEING ABLE TO HELP HIMSELF WITH OTHER TYPES OF FEDERAL HABEAS CORPUS, APPEALS, 1983 COMPLAINTS, OR COMPLAINT UNDER "BIVENS" OR ISSUES PERTAINING VIOLATIONS OF PLAINTIFF'S CIVIL AND CONSTITUTIONAL RIGHTS DURING DETENTION AT COOK COUNTY JAIL AND/OR ANY VIOLATIONS OF PLAINTIFF'S CIVIL OR CONSTITUTIONAL RIGHTS BEFORE HIS PRESENT DETENTION. IT WOULD VERGE ON INCOMPETENCE FOR A LAWYER TO FILE AN INITIAL PLEADING WITHOUT RESEARCHING SUCH ISSUES AS JURISDICTION, VENUE, STANDING, EXHAUSTION OF REMEDIES, PROPER PARTIES, PLAINTIFF AND DEFENDANT AND TYPES OF RELIEF AVAILABLE. THIS IS EXACTLY THE DILEMA THAT COOK COUNTY JAIL HAS CREATED FOR PLAINTIFF AND ALL PERSONS SIMILARLY SITUATED. THOSE PERSONS DETAINED AT COOK COUNTY JAIL WHO ARE INDIGENT AND UNABLE TO SECURE COUNSEL, OR WHO DECIDE TO DEFEND THEMSELVES

ARE DENIED THIS RIGHT DO TO COOK COUNTY JAIL THROUGH ITS SHERRIFF, ADMINISTRATORS AND LAW LIBRARY PERSONNEL IN THEIR DENIAL OF ADAQUATE, MEANINGFUL ACCESS TO LAW LIBRARY AND DENIAL OF ACCESS TO THE COURTS. ON OCTOBER     200 DEFENDANT HOOPER ASSISTANT SUPERINTENDENT SIGNED PLAINTIFF'S GRIEVANCE (SEE ATTACHED EXHIBIT  ) ON        200 DEFENDANT CAPTAIN JENNINGS STAR # 113 SIGNED PLAINTIFF'S GRIEVANCE, ON         200 DEFENDANT ALEXANDER SIGNED PLAINTIFF'S GRIEVANCE, ALL DEFENDANTS UNDER THE COLOR OF LAW IN THEIR INDIVIDUAL CAPACITIES DENIED PLAINTIFF'S GRIEVANCE, DENYING PLAINTIFFS ADAQUATE AND MEANING-FULL ACCESS TO LAW LIBRARY AT THE COOK COUNTY JAIL, AN BY THEIR ACTIONS CONTINUE WITH ILL-INTENT TO DENY PLAINTIFF ACCESS TO THE COURTS, IN VIOLATION OF PLAINTIFF'S RIGHTS TO DUE PROCESS SECURED BY THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION. PLAINTIFF HAS BEEN ATTEMPTING TO FORMULATE PLEADINGS (COMMENCE ACTION FOR A 42 § 1983 COMPLAINT AGAINST A MUNICIPALITY, HOWEVER PLAINTIFF WAS/HAS BEEN UNABLE TO BEGIN THE NECCESSARY RESEARCH (DOCKET STATEMENT) DUE TO DEFENDANT'S FAILURE TO AFFORD PLAINTIFF

ADAQUATE MEANINGFUL ACCESS TO THE LAW LIBRARY. ADDITIONALLY PLAINTIFF IS ATTEMPTING TO CONSTRUCT PLEADINGS (INITIATE CIVIL ACTION) FOR A PERSONAL INJURY CLAIM. PLAINTIFF CANNOT CONDUCT THE NECCESARY RESEARCH DUE TO DEFENDANT'S SYSTEMIC DENIAL OF ACCESS TO THE LAW LIBRARY AND COURTS. PLAINTIFF ASKED DEFENDANT JONES FOR INFORMATION REGARDING ASSISTANCE ON PLAINTIFF'S 1983. DEFENDANT JONES THREW A BOOK ON THE COUNTER AND STATED "'FIND IT YOURSELF' YOU ONLY HAVE 30 MINS)" PLAINTIFF REQUESTED MORE TIME THEN 30 MINS. DEFENDANT JONES REFUSED TO HONOR PLAINTIFF'S REQUEST TO HAVE ADAQUATE, MEANINGFUL ACCESS TO LAW LIBRARY, DEFENDANT "LAKE" REFUSED TO SHOW PLAINTIFF A TAPE THAT ASSIST HIM IN HIS 1983 STATING YOU DON'T HAVE TIME. PLAINTIFF WAS ONLY THERE 25 MINS. DEFENDANT IVORY AVERY PLAINTIFF WAS ALLOWED TO ATTEND LAW LIBRARY 25-30 MIN PER WEEK MAKING IT INADAQUATE AND NOT MEANINGFUL. ON FRIDAY , 2005 PLAINTIFF ATTEMPTED TO USE THE TYPEWRITER PLAINTIFF WAS INFORMED THAT THE OUTLIT FOR THE TYPEWRITER WAS BEEN USED FOR THE RADIO, THE FAN, AND COMPUTER

Ms. Brown then stated that "she was not going to unplug anything for me to use the typewriter." Plaintiff asked her if he could re-scheduled for next week she stated "she didn't no." Under these conditions access to law library is inadaquate. Each time plaintiff attend the law library, the "time in" slot on the sign in sheet is already filled out by computer for 8:00 -o'clock. Furthermore the only avenue for indigent detainees to have legal documents mailed to attorney, clerks, and court at county expense is through the law library. Once a detainee is allowed access to the law library he can then request postage for legal mail from librarian (if detainee has no funds in his trust account) the law librarian checks detainees trust fund to insure that he is indeed indigent and unable to afford postage, then postage is provided. But here in Div 8- a detainee could wait weeks or months before he is called to send legal mail at county expense. The denial of access to law library combined with this process for postage paid for indigent detainees further denies persons access to the courts in violation of due

PROCESS OF THE US CONSTITUTION PROVIDED BY THE 14TH AMENDMENT. COOK COUNTY JAIL, MICHEAL M SHEAHAN ET, AL HAVE INSTITUTED A NEW CUSTOM AND POLICY IN DIV 8 FOR DETAINEES ACCESS TO LAW LIBRARY. AFTER DECEMER 20, 2004 DETAINEES REQUESTING ACCESS TO LAW LIBRARY WILL ONLY BE GIVEN ACCESS PRIOR TO THEIR COURT DATE, SO IN ESSENCE IF A DETAINEE'S CASE IS CONTINUED FOR 30-60 DAYS (WHICH IS NOT UNCOMMON) A DETAINEE WILL BE DENIED ACCESS TO LIBRARY FOR 30-60 DAYS, AT A TIME, THIS PROCESS IS NEITHER FEASIBLE, NOR DOES IT PROVIDE MEANINGFUL ACCESS TO THE LAW LIBRARY. THIS CUSTOM/PRACTICE AND POLICY FURTHER AGGRAVATES THE SITUATION OF PLAINTIFF AN ALL PERSONS SIMILARLY SITUATED ACCESS TO THE COURTS.

MICHEAL SHEAHAN (DEFENDANT) HAVE/HAS FAILED TO ADAQUATELY TRAIN AND/OR SUPERVISE JAIL OFFICIAL AND ADMINISTRATORS AS TO THE CONSTITUTIONAL RIGHTS OF ACCESS TO LAW LIBRARY AND COURTS BY PRE-TRIAL DETAINEES HOUSED AT COOK COUNTY JAIL.

THE SUPERINTENDENT OF DIVISION 8 HAS IGNORED PLAINTIFFS REQUEST THROUGH DETAINEE REQUEST SLIPS ASKING TO BE PROVIDED WITH MEANINGFUL ACCESS TO LAW LIBRARY.

THE SUPERVISING LAW LIBRARY HAS FAILED TO ADAQUATELY TRAIN AND/OR SUPERVISE LAW LIBRARIANS AS TO THE RIGHTS OF DETAINEES TO HAVE MEANINGFUL ACCESS TO LAW LIBRARY AND COURTS, AND HAVE ALSO FAILED TO PROVIDE A SYSTEM, OR HIRE ADAQUATE STAFF IN ORDER TO PROVIDE THIS FUNDAMENTAL AND WELL ESTABLISHED RIGHT(S).

LAW LIBRARIAN AVERY, JONES, LAKE, AND BROWN CONTINUE TO DENY PLAINTIFF AND ALL PERSONS SIMILARY SITUATED AT COOK COUNTY JAIL AND/OR DIVISION 9 MEANINGFUL ACCESS TO LAW LIBRARY AND COURTS.

ALL DEFENDANTS UNDER THE COLOR OF LAW AND IN THEIR INDIVIDUAL CAPACITIES ARE VIOLATING CLEARLY ESTABLISHED RIGHTS OF PLAINTIFF AND PERSONS SIMILARLY SITUATED BY DENYING ADAQUATE MEANINGFUL ACCESS TO THE COURTS IN VIOLATION OF RIGHTS SECURED UNDER THE 14TH AMENDMENT OF THE U.S. CONSTITUTION.

**VI.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLAINTIFF PRAYS THAT THIS HONORABLE COURT GRANT DECLATORY AND INJUNTORY RELIEF, ORDERING DEFENDANT(S) COUNTY JAIL, MICHEAL SHEAHAN ET, AL TO AFFORD ALL DETAINEES MEANINGFUL ACCESS TO LAW LIBRARY, ALSO PLAINTIFF SEEKS PUNITIVE COMPASORY AND ACTUAL DAMAGES.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Oct__ day of __4__, 20__05__

_Ronald Harris_

_____
(Signature of plaintiff or plaintiffs)

RONALD HARRIS
(Print name)

2001-0070677
(I.D. Number)

P.O. BOX 089002
CHICAGO, ILL 60608
(Address)